David Abrams, Attorney at Law (DA-8126)
305 Broadway, 5th Floor
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Southern District of New York

| | |
|---|---|
| J. Soto, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - against - | )  No. 07 cv 9594 (GEL) (FM) |
| | ) |
| PSEC Plumbing & Heating Corp. & | ) |
| Peter Skyllas a/k/a Pete Skyllas, | ) |
| | ) |
| Defendants. | ) |

**Return of Service**

I, David Abrams, served copies of the summons and complaint in this matter upon PSEC Plumbing & Heating Corp. as follows: by delivering copies to "Jimmy" Tsamos (caucasian male; 5'6"; 220 lbs; brown hair; honey brown eyes) at PSEC Plumbing & Heating Corp.; 622 W. 125th Street, New York, NY 10027 on October 29, 2007 at 7:50 AM. I declare under penalty of perjury that the foregoing information is true and correct.

                                                         Respectfully submitted,

                                                         /s/ David Abrams

                                                         David Abrams (DA-8126)

Dated: October 31, 2007
New York, New York