David Abrams, Attorney at Law (DA-8126)
305 Broadway, 5th Floor
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Southern District of New York

| | |
|---|---|
| J. Soto, | ) |
|       Plaintiff, | ) |
|     - against - | )   No. 07 cv 9594 (GEL) (FM) |
| PSEC Plumbing & Heating Corp. & Peter Skyllas a/k/a Pete Skyllas, | ) |
|       Defendants. | ) |

## Return of Service

I, David Abrams, served copies of the summons and complaint in this matter upon Peter Skyllas as follows: by (1) delivering copies to "Jimmy" Tsamos (caucasian male; 5'6"; 220 lbs; brown hair; honey brown eyes) at PSEC Plumbing & Heating Corp.; 622 W. 125th Street, New York, NY 10027, which I understand to be the actual place of business of Mr. Skyllas, on October 29, 2007 at 7:50 AM; and (2) mailing copies, first class mail, postage-prepaid, from within the State of New York, in a secure wrapper marked "Personal and Confidential" and bearing no indication that it comes from a lawyer or concerns a lawsuit, to Mr. Skyllas, at the same address, on October 29, 2007. I declare under penalty of perjury that the foregoing information is true and correct.

                                              Respectfully submitted,

                                              /s/ David Abrams

                                              David Abrams (DA-8126)

Dated: October 31, 2007
New York, New York