David Abrams, Attorney at Law (DA-8126)
305 Broadway, 5th Floor
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Southern District of New York

| | |
|---|---|
| J. Soto, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - against - | )  No. 07 cv 9594 (GEL) (FM) |
| | ) |
| PSEC Plumbing & Heating Corp. & | ) |
| Peter Skyllas a/k/a Pete Skyllas, | ) |
| | ) |
| Defendants. | ) |

## Voluntary Dismissal

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Jose Soto hereby discontinues this matter.

Respectfully submitted,

/s/ David Abrams

David Abrams (DA-8126)

Dated: November 5, 2007
New York, New York