LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    PSEC Plumbing & Heating Corporation
    and Peter Skyllas
One Newark Center, 8th Floor
Newark, New Jersey 07430
973.848.4700
(KR/1418)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. Soto,<br><br>            Plaintiff,<br><br>-against-<br><br>PSEC Plumbing & Heating Corp. & Peter Skyllas a/k/a Pete Skyllas,<br><br>            Defendants. | Civil Action No. 07-cv-9594 (GEL)(FM)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE<br>AND REQUEST FOR<br><u>ELECTRONIC NOTIFICATION</u>** |

To Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned appears in this action on behalf of defendants PSEC Plumbing & Heating Corporation and Peter Skyllas. Please enter this appearance on the Court's docket and electronically notify defendants of all filings at the following e-mail address: krosenblatt@littler.com

Date:  November 19, 2007
         Newark, New Jersey

                                        s/ Keith J. Rosenblatt
                                        Keith J. Rosenblatt (KR/1418)
                                        **LITTLER MENDELSON, P.C.**
                                        Attorneys for Defendants
                                            PSEC Plumbing & Heating Corporation
                                            and Peter Skyllas

## CERTIFICATION OF SERVICE

I hereby certify under penalty of perjury that on this date I caused a true and exact copy of the foregoing Notice of Appearance to be electronically served, via ECF service, on David Abrams, Esq. attorney for plaintiff, 305 Broadway, 5th Floor, New York, New York 10007.

s/ Keith J. Rosenblatt<br>
Keith J. Rosenblatt

Dated: November 19, 2007

Firmwide:83662255.1 051568.1001