UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff(s),

        -against-

AGNES F. NOLAN,

                      Defendant(s),
-------------------------------------------------------------X

07 civ 9594 (JGK)

**ORDER**

       A motion to dismiss was filed on April 29, 2008

       The plaintiff shall serve and file papers in response to the motion by **May 22, 2008.**

       The defendant shall serve and file any reply papers by **June 5, 2008.**

       The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                                       **JOHN G. KOELTL**
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         May 1, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2008